AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Urbina, Ricardo M | 2. Court or Organization<br><br>USDC - District of Columbia | 3. Date of Report<br><br>5/14/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>Prettyman U.S. Courthouse<br>333 Constitution Ave., N.W.<br>Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, In compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | National Home Library Foundation |
| 2. | Council Member | American University, Washington School of Law Dean's Diversity Council |
| 3. | Council Member | Council for Court Excellence |
| 4. | Board Member | Aikido Shobukan Dojo |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1995 | District of Columbia Superior Court, Retirement Fund |
| 2. | | |
| 3. | | |

RECEIVED
2008 MAY 19 P 12: 43
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan-Dec | Adjunct Professor at a law school, both Fall and Spring semesters, see Section VIII | $ 15,266.67 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Jan-Dec | ███ Income -- Pension (See VIII) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbina, Ricardo M | 5/14/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbina, Ricardo M | 5/14/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mutual Fund, 1st Eagle Sogen Gold Class A | A | Dividend | J | T | | | | | |
| 2. Mutual Fund, Blue Chip Growth | A | Dividend | J | T | | | | | |
| 3. Equity Index Mutual Fund | A | Dividend | J | T | | | | | |
| 4. Science & Technology Mutual Fund | A | Dividend | J | T | | | | | |
| 5. Real Estate Mutual Fund (see VIII) | A | Dividend | J | T | Partial Sale | 7/6 | J | A | |
| 6. International Bond Fund | A | Dividend | J | T | | | | | |
| 7. Novartis Common Stock | A | Dividend | J | T | | | | | |
| 8. Presidential Bank Account FSB Plus Checking | A | Interest | J | T | | | | | |
| 9. D.C. Government Federal Credit Union | A | Interest | J | T | | | | | |
| 10. Pentagon Federal Savings Account | A | Interest | J | T | | | | | |
| 11. Pentagon Federal Money Market Certificate | A | Interest | J | T | Matured | 3/1 | J | A | |
| 12. Pentagon Federal IRA Account | A | Interest | J | T | | | | | |
| 13. Cardinal Bank Savings | A | Interest | K | T | | | | | |
| 14. Carpenter Technology Common Stock | A | Dividend | J | T | | | | | |
| 15. Genentech Common Stock | A | Dividend | J | T | | | | | |
| 16. Capital One Account | A | Interest | J | T | | | | | |
| 17. Global Stock Mutual Fund (see VIII) | A | Dividend | J | T | Buy | 7/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part III(A) - Income
Name of Law School - ███████████████████

Part III(B) - Spouse Income
Pension - Arlington County, VA, retired 2006

Part VII - Investments and Trusts (continued)
(18)  (A) Arlington Federal Credit Union CD (B)(1) A, (B)(2) interest, (C)(1) J, (C)(2) T, (D)(1) bought, (D)(2) 3/13, (D)(3) J; (D)(1) matured (D)(2) 6/13, (D)(3) J, (D)(4) A.
(19) (A) Presidental Bank Savings, (B)(1) A, (B)(2) interest, (C)(1) J, (C)(2) T, (D)(1) opened, (D)(2) 3/23, (D)(3) J.

Real Estate Mutual Fund - transfered part of Real Estate Funds to Global Stock Mutual Fund.
Global Stock Mutual Fund is a T. Rowe Price Fund.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544